# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Dennis Schuessler and Kathleen Schuessler, | ) | Case No. 13-40774-399 |
| Debtors, | ) | |
| | ) | Chapter 13 |
| vs. | ) | |
| | ) | Adversary No. 14-4082-399 |
| _____ | ) | |
| | ) | |
| Dennis Schuessler and Kathleen Schuessler, | ) | Request to Clerk to Enter Default |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GMAC Mortgage Corporation, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## REQUEST TO ENTER DEFAULT JUDGMENT

To: Dana C. McWay, Clerk
United States Bankruptcy Court
Eastern District of Missouri
Eastern Division

You will please enter the default of GMAC Mortgage Corporation, Defendant, for failure to plead or otherwise defend as provided by the Federal Rules of Bankruptcy Procedure and Federal Rules of Civil Procedure, as it appears from the Affidavit for for Entry of Default, filed herewith.

Respectfully Submitted,

 /s/ Randall T. Oettle_____
Randall T. Oettle, MoBar#46820
Attorney for Movant/Debtor
12964 Tesson Ferry, Suite B
St. Louis, MO 63128
Phone: 314-843-0220
Fax:  314-843-0048
Roettle@RocLaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Notice of Hearing and underlying Motion were served on the following by ordinary mail, postage prepaid, on this 10th day of June, 2014.

CSC Lawyers Incorporated
Registered Agent for GMAC Mortgage
221 Bolivar
Jefferson City, MO 65101

GMAC Mortgage
Barry Bier CEO
818 Library Street,
Reston, VA 20190

John V. LaBarge, Jr.
P.O. box 430908
St. Louis, MO 63143

                                                    _____/s/ Randall Oettle_____
                                                   Randall T. Oettle
                                                   R.O.C. Law
                                                 Randall Oettle Company, P.C.
                                                 12964 Tesson Ferry, Suite B
                                                 St. Louis, MO 63128
                                                 (314) 843-0220 Telephone
                                                 (314) 843-0048 Facsimile
                                                 roettle@roclaw.com