## UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri
### Thomas F Eagleton U.S. Courthouse
### 111 South Tenth Street, Fourth Floor
### St. Louis, MO 63102

*In Re:*                                              *Adv. No.:* 14–04082 – A399
*Debtor*
Dennis W Schuessler and Kathleen S. Schuessler
                                                      *Case No.:* 13–40774 – A399
*Plaintiff*
Dennis W Schuessler
Kathleen S. Schuessler                                *Chapter* 13   *Proceeding*

*vs.*
*Defendant*
GMAC Mortgage Corporation


### ENTRY OF DEFAULT

Plaintiff, Dennis W Schuessler & Kathleen S. Schuessler, having requested Dana C. McWay, Clerk of the Bankruptcy Court for the Eastern District of Missouri (hereinafter the "Clerk") to enter default against GMAC Mortgage Corporation ("Defendant").

Defendant having failed to plead or otherwise respond to the complaint in this action;

The Clerk hereby enters the default of Defendant in this action pursuant to Federal Rule of Bankruptcy Procedure 7055.

                                        Dana C. McWay
                                        Clerk, U.S. Bankruptcy Court

Dated: 6/10/14
                                        Tanya Potter
                                        Deputy Clerk


Rev 01/13 clkdef