UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Dennis Schuessler and Kathleen Schuessler, | ) | Case No. 13-40774-399 |
| Debtors/Plaintiffs. | ) | |
| | ) | Chapter 13 |
| vs. | ) | |
| | ) | Adversary No. 14-04082-399 |
| _____ | ) | Hearing: July 9, 2014 @ 2:00 p.m. |
| | ) | |
| GMAC Mortgage Cororpation. | ) | Honorable Barry S. Schermer |
| Defendant, | ) | U.S. Bankruptcy Judge |
| | ) | |

PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

Come Now, Debtors, Dennis Schuessler and Kathleen Schuessler (the "Plaintiff"), by their attorney Randall T. Oettle of R.O.C. Law, and for their Motion for Default Final Judgment, states the following:

1. On April 29, 2014, Plaintiff filed an Adversary Complaint with the Court, being assigned Adversary No. 14-04082-399 (the "Adversary Complaint"), seeking to Avoid the consensual lien of Defendant Creditor GMAC Mortgage. ("Defendant"),

2. On April 29, 2014, the Clerk of the Bankruptcy Court for the Eastern District of Missouri, Eastern Division, issued a Summons and Notice of Trial (the "Summons"), directed to the Defendant, requesting Defendant to serve Plaintiffs with its Motion/Answer or other Responsive pleading to the Adversary Complaint, within thirty (30) days of the date of issuance of the Summons.

3. On May 6, 2014, Plaintiffs served Defendant with a copy of the Summons and a copy of the Adversary Complaint, by Certified Mail through the Untied States Postal Service, issued to Defendant's Registered Agent and to Defendant's managing member at its principal headquarters.

4. As of June 10, 2014, Defendant has not filed a Motion, an Answer, or any other Responsive pleading in response to said Adversary Complaint, has not controverted any allegations in said Complaint, and the fixed 30 day deadline for service of an answer or motion has passed.

5. Upon Plaintiffs' filed Request, the Clerk of the Court issued its Entry of Default against the Defendant on June 10, 2014, and a Copy of the Entry of Default is attached hereto, marked as Exhibit A, and is incorporated herein by this reference.

      6. Plaintiff alleges and believes that Defendant is not in military service nor is an infant or incompetent.

      7. An Affidavit of the attorney for the Plaintiff is attached hereto, marked as Exhibit B, and is incorporated herein by this reference.

      Wherefore, Plaintiffs, Dennis Schuessler and Kathleen Schuessler, pray that the Plaintiffs' Motion for Default Final Judgment be granted, that a judgment be entered in favor of Plaintiff on its Adversary Complaint against the Defendant, alternatively, that an interlocutory Order of Default be entered against Defendant, with Plaintiff granted opportunity to appear and present evidence substantiating the relief sought under the Adversary Complaint, and prays for such further relief as this Court deems just and proper under the law and circumstances.

    /s/ Randall T. Oettle_____
Randall T. Oettle, MoBar#46820
Attorney for Movant/Debtor
12964 Tesson Ferry, Suite B
St. Louis, MO 63128
Phone: 314-843-0220
Fax:  314-843-0048
Roettle@RocLaw.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the 10th day of June, 2014, the foregoing Motion was served by electronic notification or by placing a copy of the same in the United States Mail, postage prepaid, and addressed to those not electronically notified.  Service List:

Serve:

CSC Lawyers Incorporated
Registered Agent for GMAC Mortgage
221 Bolivar
Jefferson City, MO 65101

GMAC Mortgage
Barry Bier CEO
818 Library Street
Reston, VA 20190

John V. LaBarge, Jr.
P.O. box 430908

St. Louis, MO 63143


_____/s/ Randall T. Oettle_____
Randall T. Oettle
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128
(314) 843-0220
(314) 843-0048
Roettle@RocLaw.com