**SO ORDERED**

Jun 17, 2014

BARRY S. SCHERMER
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Dennis Schuessler and Kathleen Schuessler, | ) | Case No. 13-40774-399 |
| | ) | |
| Debtors, | ) | |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | Adversary No. 14-04082-399 |
| Dennis Schuessler and Kathleen Schuessler, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GMAC Mortgage Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS, WITHOUT PREJUDICE, ADVERSARY CASE

COME NOW Debtors, Dennis Schuessler and Kathleen Schuessler, by and through their attorney, Randall T. Oettle, of ROC Law, Randall Oettle Company, P.C., and hereby file their Motion to Dismiss, Without Prejudice, the above-captioned adversary case pending before this Court.

Respectfully submitted,

/s/ Randall T. Oettle
Randall T. Oettle, MoBar#46820
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128
(314) 843-0220 telephone
(314) 843-0048 facsimile
Roettle@RocLaw.com

Certificate of Service

The undersigned certifies that a copy of the foregoing was served by United States First Class Mail, postage prepaid, on this 13th day of June, 2014, as follows:

John V. LaBarge
Chapter 13 Trustee

PO Box 430908
St. Louis, MO  63143

GMAC Mortgage
Barry Bier CEO
818 Library Street,
Reston, VA 20190

CSC Lawyers Incorporated
Registered Agent for GMAC Mortgage
221 Bolivar
Jefferson City, MO 65101


/s/ Randall T. Oettle
Randall T. Oettle
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128
(314) 843-0220
(314) 843-0048
Roettle@RocLaw.com