UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-40774-399 |
| Dennis Schuessler and ) | |
| Kathleen Schuessler, ) | Chapter 13 |
| ) | |
| Debtors, ) | |
| ) | |
| Dennis Schuessler and ) | |
| Kathleen Schuessler, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Adversary No. 14-04082-399 |
| ) | |
| GMAC Mortgage, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Judgment is hereby entered in accordance with the Order granting the *Motion to Dismiss, Without Prejudice, Adversary Case*, entered separately.


DATED: June 17, 2014
St. Louis, Missouri 63102
cke

Barry S. Schermer
United States Bankruptcy Judge

1

Copies to:

Randall T. Oettle
R.O.C. Law, Randall Oettle Company, P.C.
12964 Tesson Ferry
Suite B
St. Louis, MO 63128

Dennis Schuessler
Kathleen Schuessler
5127 Flametree Ct.
St. Louis, MO 63129

GMAC Mortgage
Barry Bier CEO
818 Library Street
Reston, VA 20190

CSC Lawyers Incorporated
Registered Agent for GMAC Mortgage
221 Bolivar
Jefferson City, MO 65101

John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the United States Trustee
111 S. 10th Street, Ste. 6353
St. Louis, MO 63102